ACCEPTED
05-18-00011-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/8/2018 2:00 PM
LISA MATZ
CLERK

# No. 05-18-00011-CV

In the Fifth Court of Appeals
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/8/2018 2:00:12 PM
LISA MATZ
Clerk

**IN RE JAMES PIKL,**

*Relator*

PETITION FROM ELECTORAL RACE FOR FIFTH COURT OF APPEALS, JUSTICE PLACE 12

**NOTICE OF APPEARANCE AND DESIGNATION
OF APPELLATE COUNSEL FOR
RESPONDENT REPUBLICAN PARTY OF TEXAS**

TO THE HONORABLE FIFTH COURT OF APPEALS:

Respondent the Republican Party of Texas file this Notice of Appearance and Designation of Appellate Counsel to notify the Court that it will be represented in this appeal by:

Christopher Gober
State Bar No. 24048499
Frederick Ross Fischer
State Bar No. 24004647
THE GOBER GROUP PLLC
P.O. Box 341016
Austin, Texas 78734
Telephone: (512) 354-1786
Fax: (877) 437-5755
cg@gobergroup.com
rf@gobergroup.com

1

All notices, communications and other information regarding this appeal to be served on Respondent Republican Party of Texas should be sent to Christopher Gober and Frederick Ross Fisher, counsel designated above.

Respectfully submitted,

THE GOBER GROUP PLLC

*/s/ Ross Fischer*
Christopher Gober
State Bar No. 24048499
Frederick Ross Fischer
State Bar No. 24004647
P.O. Box 341016
Austin, Texas 78734
(512) 354-1786 (Telephone)
(877) 437-5755 (Fax)
cg@gobergroup.com
rf@gobergroup.com

*Appellate Counsel for Respondent*
*Republican Party of Texas*

2

## CERTIFICATE OF SERVICE

On January 8, 2018, in compliance with Texas Rule of Appellate Procedure 9.5, I served a copy of this notice upon all other parties by e-mail, facsimile and/or mail as follows:

James A. Pikl
SCHEEF & STONE, LLP
2600 Network Blvd., Suite 400
Frisco, Texas 75034
E-mail: jim.pikl@solidcounsel.com
*Relator*


William Randell "Randy" Johnson
P.O. Box 260080
Plano, Texas 75026
E-mail: wmrandelljohnson@aol.com
*Real Party in Interest*


/s/ Ross Fischer
Ross Fischer